FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH F.,[1]<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No.　4:22-cv-5071-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

　　The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings as set forth below.

　　Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1.　The parties' Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED.**

2.　Judgment shall be entered for **Plaintiff**.

3.　This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." See LCivR 5.2(c).

sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council is to instruct the ALJ to take any necessary action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision.

4. All pending motions are **DENIED AS MOOT.**

5. All hearings and other deadlines are **STRICKEN.**

6. If filed, the Court will consider Plaintiff's motion for fees and expenses under the Equal Access to Justice Act.

7. The Clerk's Office is directed to **CLOSE** this file.

IT IS SO ORDERED.  The Clerk's Office is directed to enter this order and provide copies to all counsel.

**DATED** this  14th  day of June 2023.

　　　　　　　　　　　 s/Edward F. Shea           
　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　Senior United States District Judge