AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOSEPH F., | )  |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-5071-EFS |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| *Defendant* | ) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2023

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Parties' Stipulated Motion for Remand (ECF No. 12) is GRANTED.
Judgment is entered in favor of Plaintiff.
Matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to take any necessary action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  EDWARD F. SHEA .

Date: 06/14/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates